UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| YVES LANGLOIS and ANDREE LANGLOIS,<br>       Plaintiffs,<br>-v-<br><br>TERRY TOWN TRAVEL CENTER, INC. and<br>CARCRAFT ADVANCED, INC.,<br>       Defendants. | No. 1:19-cv-188<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 125), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: April 7, 2021            /s/ Paul L. Maloney
                     Paul L. Maloney
                     United States District Judge